# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 169 WAL 2015
:
              Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
           v. :
:
:
:
DANIEL L. SPUCK, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal and Applications for Relief are **DENIED**.